**IT IS ORDERED as set forth below:**



**Date: February 26, 2016**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 15-72262-WLH |
| Yolanda Denise Lambert, ) | |
| ) | Chapter 13 |
| Debtor. ) | |

### ORDER AND NOTICE OF HEARING

On February 25, 2016, Debtor filed a Motion for an Expedited Hearing on Motion to Reimpose Automatic Stay and for Turnover of Collateral. (Doc. 36). Having reviewed the Motion, it is hereby

**ORDERED** that the motion for the expedited hearing is granted and NOTICE IS HEREBY GIVEN the Court will hold a hearing on this matter on **Wednesday, March 2, 2016** at **9:30PM** in **Courtroom 1403**, United States Bankruptcy Court, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA; It is further

**ORDERED** that Debtor's Attorney serve notice of the hearing to all the parties and creditors in this case on the date of the entry of this order by email, facsimile, or overnight mail. Debtor's counsel shall file a certificate of service within one date of the date hereof.

[END OF DOCUMENT]

Prepared by:

  /s/_____
Dan Saeger
Georgia Bar No.680628
RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30060
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

**DISTRIBUTION LIST**

Dan Saeger
RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30060